[No. 7461-0-I.  Division One.  June 30, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLIE F.
JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88521, Peter K. Steere, J., entered March 2,

1979. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by Callow, C.J., and Dore, J.